UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. 20-2254 (RC) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

/s/ Emma Lewis
EMMA LEWIS
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street, N.W., B255
Washington, D.C. 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Attorney for Plaintiffs*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:    /s/ Michael A. Tilghman II
    MICHAEL A. TILGHMAN II
    D.C. Bar #988441
    Assistant United States Attorney
    U.S. Attorney's Office, Civil Division
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 252-7113
    Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*

Dated: April 19, 2021